MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, | : | Honorable Claire C. Cecchi, U.S.D.J. |
| | : | |
| | : | Civil Action No. 25 CV 16680 (CCC)(LDW) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF MOTION TO TRANSFER** |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | : | **VENUE PURSUANT TO 28 U.S.C.** |
| | : | **§1404(A)** |
| Defendants. | : | |
| | : | |
| | : | **Return Date: December 15, 2025** |
| | : | |
| | : | **Oral Argument Requested** |
| | : | |

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on December 15, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), will move before the Honorable Claire C. Cecchi, U.S.D.J., at the United States District Court, 50 Walnut Street, Newark, New Jersey, for an Order transferring this matter to the United Stated District Court for the District of Delaware, pursuant to 28 U.S.C. §1404(a).

**PLEASE TAKE FURTHER NOTICE** that Lupin relies upon the Brief and Declaration of James S. Richter with exhibits, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Lupin respectfully requests oral argument.

<div style="margin-left:40%">

MIDLIGE RICHTER LLC
*Attorneys for Defendants,*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

By:    s/ James S. Richter
       James S. Richter
       jrichter@midlige-richter.com

</div>

Dated: November 12, 2025

*OF COUNSEL:*

Kurt A. Mathas (*pro hac vice* forthcoming)
Alison M. King (*pro hac vice* forthcoming)
Brian L. O'Gara (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, Illinois 60654
(312) 558-5600
kmathas@winston.com
amking@winston.com
bogara@winston.com

Claire A. Fundakowski (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
1901 L. Street, N.W.
Washington, DC 20036
(202) 282-5000
cfundakowski@winston.com

<div style="text-align:center">2</div>

3

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on November 12, 2025, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by notice of electronic filing upon all counsel of record.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

<div style="text-align: right">

s/ James S. Richter
James S. Richter
jrichter@midlige-richter.com

</div>

Dated: November 12, 2025