MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Honorable Claire C. Cecchi, U.S.D.J.<br><br>Civil Action No. 25 CV 16680 (CCC)(LDW)<br><br>**DECLARATION OF JAMES S. RICHTER SUBMITTED IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)** |

**JAMES S. RICHTER**, of full age, hereby declares as follows:

1.     I am an attorney at law of the State of New Jersey and Of Counsel with Midlige Richter, LLC, who along with Winston & Strawn LLP, are attorneys for Defendants, Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") in the above-captioned matter.

2.     This Declaration is submitted in support of Lupin's Motion to Transfer this matter to the United Stated District Court for the District of Delaware, pursuant to 28 U.S.C. §1404(a).

3.     Attached hereto as Exhibit 1 is a true and correct copy of email correspondence by and between counsel for Plaintiff and Defendants dated March 25, 2025 and March 31, 2025.

4.    Attached hereto as Exhibit 2 is a true and correct copy of email correspondence by and between counsel for Plaintiff and Defendants dated between June 13, 2025 and June 18, 2025.

5.    Attached hereto as Exhibit 3 is a true and correct copy of time to trial reports from Docket Navigator dated November 10, 2025.

6.    Attached hereto as Exhibit 4 is a true and correct copy of a report from Lex Machina titled "Showing comparison between Claire Claudia Cecchi (CCC) of D.N.J. and Jennifer Lynne Hall (JLH) of D. Del., for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05."

7.    Attached hereto as Exhibit 5 is a true and correct copy of a report from Lex Machina titled "Showing comparison between District of New Jersey and District of Delaware, for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05."

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

*s/ James S. Richter*
James S. Richter
jrichter@midlige-richter.com

Dated: November 12, 2025

2