# EXHIBIT 1

| From: | Frank West |
|---|---|
| To: | "RNiemeier@sternekessler.com"; "dvarughese@sternekessler.com"; "joseph.janusz@katten.com"; "lance.soderstrom@katten.com"; "christopher.prescott@katten.com"; Mathas, Kurt; Fundakowski, Claire; King, Alison; O"Gara, Brian L.; "UEVERETT@sternekessler.com" |
| Cc: | MTPC-ORS-Oblon; Tigan, Jeremy A.; Clark, Cameron |
| Subject: | RE: MTPC v. Cipla/Apotex/Lupin |
| Date: | Monday, March 31, 2025 2:05:04 PM |
| Attachments: | image001.png<br>image002.png<br>image064154.png<br>MTPC Response to Lupin edits Rule 16 Scheduling Order - Patent_3.13.2025.docx |



Dear Colleagues:

Thank you for your email

We have consulted with MTPC. MTPC declines to amend the proposed consolidation and scheduling order to assert U.S. Patent No. 12,194,025 ("the '025 patent") in Civil Action No. 23-cv-759. That case is already complex, involving five (5) patents-in-suit having six (6) common inventors. The subject matter of the '025 patent was conceived by three (3) inventors, other than the 6 inventors of the current five (5) patents-in-suit. Including the '025 patent would add an extra layer of complexity to an already complex case.

Please advise whether the consolidation and scheduling order, as presently proposed by MTPC (including Lupin's edits to dates and discovery provisions), is acceptable to each of Cipla, Apotex and Lupin Defendants. See attached.

With best regards,

Frank


**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Tuesday, March 25, 2025 5:25 PM
**To:** Frank West <FWest@oblon.com>; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; UEVERETT@sternekessler.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

Hi Frank,

I think we are all generally close on the dates, but before we finalize dates for this schedule the Defendants would like to discuss Patent No. 12,194,025. Specifically, does MTPC intend to assert this patent against Defendants? If so, we believe it makes sense to add that patent to the case now and agree on a schedule that makes sense including that

<mark>additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.</mark>

Best,

Rob

---

**Robert Niemeier**

Director

**Sterne, Kessler, Goldstein & Fox P.L.L.C.**

**Email:** rniemeier@sternekessler.com

**Direct:** 202.772.8634

---

**From:** Frank West

**Sent:** Tuesday, March 25, 2025 9:47 AM

**To:** Dennies Varughese ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; 'KMathas@winston.com' ; 'cfundakowski@winston.com' ; 'amking@winston.com' ; 'bogara@winston.com' ; Uma Everett ; Rob Niemeier

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

We are in the third extension of time regarding the negotiation of the scheduling order and a few days away from the expiration of that extension.

I would appreciate receiving ell proposed edits today if possible. This issue has pending for some time with most to the time consumed by waiting on responses.

Thanks, Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314