# EXHIBIT 2

| | |
|---|---|
| **From:** | Guerra, Kenneth |
| **To:** | Mathas, Kurt |
| **Cc:** | MTPC-ORS-Oblon; "JTigan@morrisnichols.com"; "cclark@morrisnichols.com"; Yamazaki, Akihiro; Dominick Gattuso; naotakada; Andrew Ollis; "Janusz, Joe"; "Rob Niemeier"; EXT-ueverett@sternekessler.com; FWest; Dennies Varughese; Soderstrom, Lance A.; Prescott, Christopher B.; Fundakowski, Claire; King, Alison; O"Gara, Brian L.; Diner, Bryan; Hasford, Justin; Newkirk, Zan; Kobayashi, Chiaki |
| **Subject:** | RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH |
| **Date:** | Wednesday, June 18, 2025 4:30:51 PM |
| **Attachments:** | image007.png<br>image008.png<br>image010.png<br>image012.png<br>image013.png |



Counsel,

We disagree that the parties are at an impasse.  Simply put, Plaintiff just does not understand what you mean by "pop-up patents" and is unwilling to make commitments involving such an unfamiliar term without an explanation as to exactly what you are asking for.  Notwithstanding your unwillingness to define what you mean by "pop-up patents," in the interest of moving things forward, Plaintiff proposes the parties' schedule here contemplate currently asserted patents in the family of US App. No. 16/872,741 ("ORS Formulation Family") and the '409 patent for which a complaint will be filed.  Of course, that will necessitate moving some of the earlier dates in the current version of the schedule to accommodate the '409 patent.

As you know, the parties have been negotiating a schedule for the patents-in-suit, and the latest draft (May 31, 2025) was provided by Plaintiff.  We would gladly consider a defendant-proffered proposal, but Defendants have not yet offered one in response to Plaintiff's May 31 proposal.  Plaintiff suggests Defendants provide their positions in a redlined defendant-proffered proposal before burdening the Court with this matter.

Best,
Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, June 17, 2025 5:16 PM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'

<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

If Plaintiff is unwilling to inform Defendants whether Plaintiff's proposed schedule will include the recently-issued pop-up patents, including at least Patent Nos. 12,194,025 and 12,285,409, to which at least some Defendants have certified, then Defendants believe that the parties are at an impasse and should submit competing proposals.

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Monday, June 16, 2025 12:11 PM
**To:** Mathas, Kurt <KMathas@winston.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A.

<lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Plaintiff does not understand what you mean by "pop-up patents."  Plaintiff's patents have been duly granted by the USPTO in proceedings visible to the public. In any event, Plaintiff will consider whether to file suit against any entity Plaintiff believes infringes its patents. We await your response to our proposed compromise during last week's meet and confer.

Best,
Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

**FINNEGAN**

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Friday, June 13, 2025 6:46 PM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Following up on our call from Wednesday, ==Defendants would like to understand whether the schedule that we are negotiating will include the recently-issued pop-up patents.  Please confirm whether Plaintiff's proposed schedule includes those patents.==

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

[winston.com](winston.com)



---

**From:** Guerra, Kenneth <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>
**Sent:** Tuesday, June 10, 2025 4:15 PM
**To:** Mathas, Kurt <[KMathas@winston.com](mailto:KMathas@winston.com)>; Andrew Ollis <[AOllis@oblon.com](mailto:AOllis@oblon.com)>; 'Janusz, Joe' <[joe.janusz@katten.com](mailto:joe.janusz@katten.com)>; 'Rob Niemeier' <[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)>; [EXT-ueverett@sternekessler.com](mailto:ueverett@sternekessler.com) <[ueverett@sternekessler.com](mailto:ueverett@sternekessler.com)>; FWest <[FWest@oblon.com](mailto:FWest@oblon.com)>; Dennies Varughese <[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)>; Soderstrom, Lance A. <[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)>; Prescott, Christopher B. <[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)>; Fundakowski, Claire <[CFundakowski@winston.com](mailto:CFundakowski@winston.com)>; King, Alison <[AMKing@winston.com](mailto:AMKing@winston.com)>; O'Gara, Brian L. <[BOGara@winston.com](mailto:BOGara@winston.com)>; Diner, Bryan <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; Hasford, Justin <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; Newkirk, Zan <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; Kobayashi, Chiaki <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>
**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>; Yamazaki, Akihiro <[Akihiro.Yamazaki@finnegan.com](mailto:Akihiro.Yamazaki@finnegan.com)>; Dominick Gattuso <[dgattuso@hegh.law](mailto:dgattuso@hegh.law)>; naotakada <[naotakada@takadalegal.com](mailto:naotakada@takadalegal.com)>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Please use the following for our Wednesday June 11 4:00pm ET meet and confer.

# Microsoft Teams

## [Join the meeting now](#)

Meeting ID: 213 871 892 741 0