# EXHIBIT 5

**Lex Machina**

## CJ Courts & Judges Comparator

Showing comparison between District of New Jersey and District of Delaware, for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05. Change

### Open Cases

|  | D.N.J. | D.Del. |
| --- | --- | --- |
| Open Patent Cases | 247 | 743 |
| Open federal district court cases ❓ | 91,706 | 1,844 |
| Patent Cases Percentage | 0% | 40% |

### Terminated Cases

|  | D.N.J. | D.Del. |
| --- | --- | --- |
| Terminated Patent Cases | 3,003 | 11,012 |
| Terminated federal district court cases ❓ | 109,159 | 23,600 |
| Patent Cases Percentage | 3% | 47% |

### Case Filings for Patent cases



| | <2013 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ● D.N.J. | 913 | 145 | 287 | 270 | 184 | 189 | 192 | 144 | 151 | 107 | 114 | 131 | 230 | 193 |
| ● D.Del. | 2,286 | 1,334 | 944 | 543 | 454 | 774 | 874 | 999 | 733 | 881 | 668 | 428 | 395 | 442 |

\* 2025 numbers are year-to-date. Open dots are full-year estimates.

Courts & Judges Comparator                  Lex Machina                         Page 2 of 6

## Time to Permanent Injunction (Grant) for Patent cases



**D.N.J.**
491 Cases reached Permanent Injunction (Grant)
Median: 402 days

**D.Del.**
436 Cases reached Permanent Injunction (Grant)
Median: 594 days

## Time to Dismiss (Contested) for Patent cases



**D.N.J.**
446 Cases reached Dismiss (Contested)
Median: 283 days

**D.Del.**
1,568 Cases reached Dismiss (Contested)
Median: 275 days

## Time to Class Certification for Patent cases



**D.N.J.**
0 Cases reached Class Certification

**D.Del.**
0 Cases reached Class Certification

**Lex Machina**

## Time to Claim Construction Hearing for Patent cases



**D.N.J.**
311 Cases reached Claim Construction Hearing
Median: 528 days

**D.Del.**
1,455 Cases reached Claim Construction Hearing
Median: 513 days

## Time to Summary Judgment for Patent cases



**D.N.J.**
250 Cases reached Summary Judgment
Median: 776 days

**D.Del.**
517 Cases reached Summary Judgment
Median: 941 days

## Time to Trial for Patent cases



**D.N.J.**
133 Cases reached Trial
Median: 890 days

**D.Del.**
475 Cases reached Trial
Median: 838 days

 **Lex Machina**

## Time to Termination for Patent cases



**D.N.J.**
3,003 Terminated Cases
Median: 264 days

**D.Del.**
11,010 Terminated Cases
Median: 277 days

## Case Resolutions for Patent cases

| | D.N.J. | | D.Del. | |
|---|---|---|---|---|
| Cases with Claimant Win Resolutions | 535 | (18%) | 610 | (6%) |
| Cases with Claim Defendant Win Resolutions | 105 | (3%) | 361 | (3%) |
| Cases with Likely Settlement Resolutions | 1,566 | (52%) | 8,467 | (77%) |
| Cases with Procedural Resolutions | 795 | (26%) | 1,566 | (14%) |
| Total Cases with Resolutions | 3,001 | (100%) | 11,004 | (100%) |

## Damages for Patent cases

| | D.N.J. | | D.Del. | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Other / Mixed Damage Types | 9 | $26,926,542 | 17 | $2,261,468,454 |
| Attorneys' Fees / Costs | 46 | $32,215,772 | 58 | $52,253,408 |
| Prejudgment Interest | 7 | $13,357,441 | 25 | $113,686,521 |
| Mass Counterfeiter Default Damages (Patent) | – | N/A | – | N/A |
| Lost Profits (Patent) | 6 | $152,055,021 | 25 | $1,127,327,599 |
| Enhanced Damages (Patent) | 7 | $267,078,594 | 7 | $52,028,689 |
| Reasonable Royalty (Patent) | 5 | $18,824,945 | 95 | $2,539,056,777 |

Courts & Judges Comparator  Lex Machina

## Remedies for Patent cases

| | D.N.J. | D.Del. |
|---|---|---|
| Permanent Injunction: Grant | 492 | 436 |
| Preliminary Injunction: Grant | 33 | 19 |
| Temporary Restraining Order: Grant | 14 | 7 |
| Permanent Injunction: Deny | 1 | 15 |
| Preliminary Injunction: Deny | 42 | 59 |
| Temporary Restraining Order: Deny | 20 | 9 |
| Rescission | – | 1 |
| Reformation | – | – |
| Administrative Remand | – | – |
| Reinstatement | – | – |
| Specific Performance | – | – |

**Lex Machina**

## Findings for Patent cases

| | Default Judgment | Consent Judgment | Judgment on the Pleadings | Summary Judgment | Trial | Judgment as a Matter of Law | Decision on Bankruptcy Appeal | Any Judgment Event |
|---|---|---|---|---|---|---|---|---|
| **Findings of Infringement** | | | | | | | | |
| D.N.J. | 22 | 253 | – | 10 | 45 | 4 | – | 319 |
| D.Del. | 28 | 274 | – | 27 | 193 | 6 | – | 501 |
| **Findings of No Infringement** | | | | | | | | |
| D.N.J. | – | 48 | 2 | 42 | 26 | 2 | – | 111 |
| D.Del. | 2 | 130 | 12 | 177 | 140 | 17 | – | 429 |
| **Findings of Invalidity** | | | | | | | | |
| D.N.J. | – | 1 | 7 | 23 | 21 | 2 | – | 54 |
| D.Del. | – | 11 | 103 | 143 | 83 | 16 | – | 336 |
| **Findings of No Invalidity** | | | | | | | | |
| D.N.J. | 1 | 233 | – | 10 | 52 | 5 | – | 289 |
| D.Del. | 6 | 209 | 2 | 73 | 232 | 9 | – | 489 |
| **Findings of Unenforceability** | | | | | | | | |
| D.N.J. | – | – | – | 2 | 1 | – | – | 3 |
| D.Del. | – | 1 | 1 | 2 | 5 | – | – | 9 |
| **Findings of No Unenforceability** | | | | | | | | |
| D.N.J. | 1 | 227 | 1 | 7 | 15 | – | – | 245 |
| D.Del. | 6 | 182 | 4 | 16 | 24 | 1 | – | 231 |

\* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

\* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.