MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| _____ x | |
| | : |
| MITSUBISHI TANABE PHARMA CORPORATION, | : Honorable Claire C. Cecchi, U.S.D.J. |
| | : |
| | : Civil Action No. 25 CV 16680 (CCC)(LDW) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| | : **ORDER GRANTING MOTION TO** |
| LUPIN LIMITED and LUPIN | : **TRANSFER VENUE PURSUANT TO 28** |
| PHARMACEUTICALS, INC., | : **U.S.C. §1404(A)** |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |
| _____ x | |

**THIS MATTER,** being opened to the Court by Midlige Richter, LLC, who along with Winston & Strawn LLP, are attorneys for Defendants, Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") in the above-captioned matter, by way of Motion transferring this matter to the United Stated District Court for the District of Delaware, pursuant to 28 U.S.C. §1404(a); the Court having considered the papers submitted in support of and in opposition to said Motion, and the Court having found that the relief sought is warranted; and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** as follows:

1.      The Motion to Transfer is hereby granted.

2.      The Clerk of the Court is hereby instructed to transfer this matter to the United

Stated District Court for the District of Delaware.

_____

Honorable Claire C. Cecchi, U.S.D.J.

2